1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | CASE NO. 2:11 CR 00096 JAM
12 |                      Plaintiff,    | STIPULATION REGARDING EXCLUDABLE
   |                                    | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |               v.                   | FINDINGS AND ORDER
14 | GUADALUPE REYES-ONTIVEROS,         | DATE: March 25, 2014
   |                                    | TIME: 9:45 a.m.
15 |                      Defendant.    | COURT: Hon. John A. Mendez

16

17                              **STIPULATION**

18      1.      By previous order, this matter was set for status on March 25, 2014.

19      2.      By this stipulation, defendants now move to continue the status conference until April 8,

20 2014 at 9:45 a.m., and to exclude time between March 25, 2014, and April 8, 2014 at 9:45 a.m., under

21 Local Code T4.

22      3.      The parties agree and stipulate, and request that the Court find the following:

23              a)      The government has represented that the discovery associated with this case

24 includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of

25 images. All of this discovery has been either produced directly to counsel and/or made available

26 for inspection and copying.

27              b)      Counsel for defendants desire additional time to consult with their respective

28 clients, review the evidence, and weigh the possibility of settlement.

STIPULATION Re: SPEEDY TRIAL ACT;           1
[PROPOSED] FINDINGS AND ORDER

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2014 to April 8, 2014 at 9:45 a.m., inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 21, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: March 21, 2014

/s/ Gilbert Roque
Gilbert Roque
Counsel for Defendant
GUADALUPE REYES ONTIVEROS

STIPULATION Re: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 24th day of March, 2014.

/s / John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE